UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

   - v. -                         :     INDICTMENT

                                                         08 Cr.
MARCUS DEONARINE,                 :
    a/k/a "Mark," and                  **08 CRIM 643**
ALBERT OLIVARI,
    a/k/a "Anthony,"

             Defendants.        :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 15 2008

## COUNT ONE

    The Grand Jury charges:

    1.   From at least in or about May 2007, up to and including in or about June 2008, in the Southern District of New York and elsewhere, MARCUS DEONARINE, a/k/a "Mark," and ALBERT OLIVARI, a/k/a "Anthony," the defendants, unlawfully, willfully, and knowingly, not being licensed importers, licensed manufacturers, and licensed dealers, would and did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, DEONARINE and OLIVARI sold at least 19 firearms to another individual in the vicinity of 1236 and 1215 Grand Concourse, Bronx, New York.

  (Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

*Judge McMahon*

## COUNT TWO

The Grand Jury further charges:

2. From at least in or about May 2007, up to and including in or about June 2008, in the Southern District of New York and elsewhere, MARCUS DEONARINE, a/k/a "Mark," and ALBERT OLIVARI, a/k/a "Anthony," the defendants, unlawfully, willfully, and knowingly, with the intent to engage in conduct that would constitute a violation of Title 18, United States Code, Section 922(a)(1)(A), that is, unlawful trafficking in firearms, would and did travel from a State into another State and acquire, and attempt to acquire, firearms in such other State, in furtherance of their purpose to engage in unlawful trafficking in firearms, to wit, DEONARINE and OLIVARI traveled from New York to South Carolina to purchase firearms, which they sold unlawfully in New York.

(Title 18, United States Code, Sections 924(n) and 2.)

_/s/ Keith Miller_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARCUS DEONARINE, a/k/a "Mark,"
ALBERT OLIVARI, a/k/a "Anthony,"

Defendants.

### INDICTMENT

08 Cr.

(18 U.S.C. §§ 2, 922(a)(1)(A), 924(n).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Keith Miller* — Foreperson.

*Filed indictment. Case assigned to Judge McMahon.*
*— Francis, J.*

SRM
7/15/08